WK:AS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

SHANNON DOZIER,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

<u>O R D E R</u>

<u>23-CR-472</u>

      Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Amanda Shami, for an order unsealing the above-captioned matter in its entirety.

      WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
          December 15, 2023

                                                            s/TAM
                                      HONORABLE TARYN A. MERKL
                                      UNITED STATES MAGISTRATE JUDGE
                                       EASTERN DISTRICT OF NEW YORK